AO91 (Rev. 12/03) Criminal Complaint   Felony   AUSA   United States District Court
Southern District of Texas

# UNITED STATES DISTRICT COURT

DEC 2 3 2016

David J. Bradley, Clerk of Court

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
vs.

Gustavo TORREZ
A075 851 600  Nicaragua

**CRIMINAL COMPLAINT**

Case Number: B-16- mj-1226

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about December 22, 2016 in Cameron County, in the Southern District Of Texas defendant(s) an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title  8  United States Code, Section(s)  1326(a)(1)/(b)(1)

I further state that I am a(n)  Border Patrol Agent  and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on December 22, 2016. The defendant is a citizen and national of Nicaragua who was previously deported, excluded or removed from the United States on April 28, 2008. The defendant was convicted of Robbery on January 6, 2006. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $100 US dollars in his possession at time of arrest.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant

Rodriguez, Iris G.   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

December 23, 2016                                         at   Brownsville, Texas
Date                                                                          City/State

Ronald G. Morgan          U.S. Magistrate Judge
Name of Judge                Title of Judge                     Signature of Judge